818

No. 1159. C. C. CLARK, INC. *v.* UNITED STATES. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Ed. M. Lowrance* and *F. E. Hagler* for petitioner. *Acting Solicitor General Washington, Sewall Key, Robert N. Anderson* and *Arthur L. Jacobs* for the United States.

No. 1160. MALOOF *v.* UNITED STATES. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Leo R. Friedman* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl, Sheldon E. Bernstein, William E. Remy, David London, Samuel Mermin* and *Jacob Rosenthal* for the United States.

No. 1167. ADOLFSON *v.* UNITED STATES. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Leo R. Friedman* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

Nos. 1168, 1169 and 1170. McGUIRE ET AL. *v.* EQUITABLE OFFICE BUILDING CORP. ET AL.; and

Nos. 1172, 1173 and 1174. AMOTT ET AL. *v.* DANA ET AL. May 5, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *George T. Barker* for petitioners in Nos. 1168, 1169 and 1170. *Frank R. Bruce, Henry S. Hooker, T. Fergus Redmond, Sidney R. Nussenfeld* and *W. Randolph Montgomery* for petitioners in Nos. 1172, 1173 and 1174. *Charles Green Smith* and *Herbert J. Jacobi* for Dana et al.,